```
           IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF ALABAMA
                     SOUTHERN DIVISION
```

EDWARD AGOSTINELLI, *et al.*,  :
:
    Plaintiffs,  :
:
VS.  :  CIVIL ACTION NO. 10-00294-CG-B
:
FIFTH THIRD BANK,  :
*et al.*,  :
:
    Defendants.  :

## ORDER

This action is before the Court on Plaintiffs Edward Agostinelli and Joann Agostinelli and Defendant Fifth Third Bank's Joint Motion to Amend Scheduling Order (Doc. 20), Defendant Tracksure Insurance Agency, Inc.'s Motion to Dismiss (Doc. 34) and Defendant Assurant, Inc.'s Motion to Dismiss (Doc. 36).

In the Joint Motion to Amend Scheduling Order (Doc. 20), the parties advise that additional Defendants have recently been added to this case, and request that the deadlines in the Scheduling Order (Doc. 10) be stayed so that all parties can participate in discovery simultaneously. Upon consideration, and for good cause shown, the motion is granted. The deadlines set forth in the Scheduling Order dated July 30, 2010 (Doc. 10) are hereby stayed. An Amended Scheduling Order will be issued following a status conference with the parties.

Plaintiffs are directed to file a response to Defendant Tracksure Insurance Agency, Inc.'s Motion to Dismiss (Doc. 34) and Defendant Assurant, Inc.'s Motion to Dismiss (Doc. 36) on or before **December 2, 2010**. Any reply by Defendants shall be filed by **December 9, 2010**.

DONE this **18th** day of **November, 2010.**

                                                     **/s/ Sonja F. Bivins**
                                         **UNITED STATES MAGISTRATE JUDGE**