IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| EDWARD AGOSTINELLI, et al., | ) |
| Plaintiffs, | ) |
| vs. | ) CIVIL ACTION NO. 10-0294-CG-B |
| FIFTH THIRD BANK, et al., | ) |
| Defendants. | ) |

**ORDER**

This matter is before the court on the plaintiffs' Motion to Dismiss (Doc. 115), in which the plaintiff moves for dismissal of defendant Experian with prejudice due to settlement between the parties.

Upon due consideration, the plaintiffs' motion is hereby **GRANTED**. Accordingly, the plaintiffs' claims against defendant Experian Information Services, LLC are hereby **DISMISSED WITH PREJUDICE** pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure. Costs are to be taxed as paid.

**DONE and ORDERED** this 16th day of November, 2011.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE